# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Anthony M. Paternoster
               v.         Plaintiff

Supervalu, Inc. d/b/a
    Acme Markets, Inc.
and Acme Markets, Inc.
                    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-446

TO: (Name and address of Defendant)

c/o Registered Agent:

Acme Markets, Inc.
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  7/19/07

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/12/07 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ACME MARKETS, INC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/12/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.