

Jennifer M. Becnel-Guzzo
302 552 4208
jennifer.becnelguzzo@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

April 10, 2008

**VIA CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

      Re:    *Paternoster v. SuperValu, Inc. d/b/a Acme Markets, Inc.*
              C.A. No. 07-446 SLR

Your Honor:

      I write on behalf of Defendant SuperValu, Inc. d/b/a Acme Markets, Inc. to advise Your Honor that it appears the parties have agreed to resolve this matter. The parties are finalizing the terms of the settlement agreement and anticipate filing a stipulation of dismissal soon.

      Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully submitted,

*[signature]*

Jennifer M. Becnel-Guzzo (#4492)

JMB/psr
cc:    Herbert J. Feuerhake, Esquire (via CM/ECF)
        Elizabeth A. Malloy, Esquire (via email)
        Andrew J. Shapren, Esquire (via email)

#1011592-v1

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC