IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY M. PATERNOSTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-446 SLR |
| | ) | |
| SUPERVALU, INC. d/b/a ACME MARKETS, INC. and ACME MARKETS INC. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between plaintiff Anthony Paternoster and defendants SUPERVALU, INC. d/b/a/ Acme Markets, Inc. and Acme Markets, Inc., by and through their undersigned counsel, that plaintiff's claims against the defendants are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**HERBERT G. FEUERHAKE**

_____
Herbert G. Feuerhake (No. 2590)
521 West Street
Wilmington, DE 19801
(302) 777-4861
*Attorney for Plaintiff Anthony M. Paternoster*

Date: 6/19/2008

**BUCHANAN INGERSOLL & ROONEY**

_____
Jennifer M. Becnel-Guzzo (No. 4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
*Attorneys for Defendants SUPERVALU, INC. d/b/a Acme Markets, Inc. and Acme Markets, Inc.*

Date: 6/25/08